# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00232-CV

---

### In re Elijah Kirkman

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the emergency motion for stay is dismissed as moot. *See* Tex. R. App. P. 52.8(a), (d), 52.10.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: March 11, 2026